UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

ROBERT LEE TAYLOR,
    Petitioner,

v.

ERIC ARNOLD,
    Respondent.

Case No. 17-cv-5249-NJV (PR)

**ORDER OF TRANSFER**

Dkt. No. 4

This is a civil rights case brought pro se by a state prisoner. While plaintiff has brought this as a habeas case, the action concerns his medical care. The allegations concern events that occurred at California State Prison-Solano. This prison lies with the venue of the United States District Court for the Eastern District of California. Plaintiff is incarcerated in the Eastern District and the defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The pending motion (Docket No. 4) is **VACATED** as **MOOT**. The Clerk shall **RECLASSIFY** this case as one brought under nature of suit 555.

    **IT IS SO ORDERED.**

Dated: September 27, 2017

_____
NANDOR J. VADAS
United States Magistrate Judge