UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT LEE TAYLOR, | No. 2:17-cv-2014 CKD P |
|---|---|
| Plaintiff, | |
| v. | ORDER AND |
| ERIC ARNOLD, | <u>FINDINGS AND RECOMMENDATIONS</u> |
| Defendant. | |

By order filed November 8, 2017, plaintiff was granted thirty days leave to file a complaint. The thirty day period has now expired, and plaintiff has not complied with the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1

1 | time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153
2 | (9th Cir. 1991).
3 | Dated:  December 19, 2017

                                                          */s/ Carolyn K. Delaney*  
                                                          CAROLYN K. DELANEY  
                                                          UNITED STATES MAGISTRATE JUDGE

[1] tayl2014.noc