UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE TAYLOR, | No. 2:17-cv-2014 GEB CKD P |
| Plaintiff, | |
| v. | ORDER |
| ERIC ARNOLD, | |
| Defendant. | |

On December 19, 2017, the court recommended that this action be dismissed for plaintiff's failure to file an amended complaint. Plaintiff has filed objections to the findings and recommendations.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued December 19, 2017 are vacated.

2. Plaintiff is granted 30 days to file an amended complaint. Failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed.

Dated: January 19, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
tayl2014.ext